IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIDOUANE IDRISSOU, ) <br> ) <br> Defendant. ) | Case No. 4:13CR3137 <br><br> **MEMORANDUM AND ORDER** |

The defendant has requested a return of his passport for the purpose of having it renewed in order to support his petition for relief in the United States Immigration Court. Accordingly,

IT IS ORDERED:

1. The defendant's request for the return of his passport is granted with certain limitations. The Pretrial Services Office will release the passport to defendant's counsel.

2. The defendant will not obtain actual possession of the passport as counsel will forward it to the Togo Embassy in Washington, DC., as soon as practical. Defendant's counsel will direct the Togo Embassy to return defendant's passport to counsel.

3. Counsel will then return the passport to the Pretrial Services Office when it is received back from the Togo Embassy. If the Togo Embassy sends the passport back to the defendant, he is to immediately surrender it to the Pretrial Services Office.

December 16, 2013.

BY THE COURT:

*[signature]*
United States Magistrate Judge